UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
GERALD L. ROGERS,              )
                               )
        Petitioner,            )
                               )
    v.                         )    Civil Action No. 06-1390 (EGS)
                               )
UNITED STATES PAROLE           )
COMMISSION                     )
                               )
        Respondent.            )
_____)
```

### ORDER

Petitioner Gerald L. Rogers is an inmate at Latuna Federal Prison in Anthony, Texas. He has filed a habeas corpus petition challenging the revocation of his parole by the United States Parole Commission.

District courts may grant habeas relief only "within their respective jurisdictions." 28 U.S.C. § 2241(a). A district court may issue a writ only if it has jurisdiction over the custodian of the prisoner. *See Stokes v. United States Parole Comm'n*, 374 F.3d 1235, 1238 (D.C. Cir. 2004). The custodian is the warden of the prison where the prisoner is incarcerated, not the United States Parole Commission. *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998). Because this Court does not have jurisdiction over the warden of the Latuna Federal Prison in Anthony, Texas, it cannot grant any habeas relief.

In *Chatman-Bey v. Thorburgh*, 864 F.2d 804, 814 (D.C. Cir. 1988), the D.C. Circuit held that the district court may *sua*

*sponte* transfer such cases to the appropriate jurisdiction after the habeas petitioner has been afforded notice and an opportunity to respond. Accordingly, it is hereby

**ORDERED** that petitioner shall show cause by **JANUARY 5, 2007** why this case should not be transferred to the United States District Court for the Western District of Texas; and it is

**FURTHER ORDERED** that petitioner's failure to respond to this Order will result in transfer of the case.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**December 13, 2006**

Notice to:

Gerald L. Rogers
No. 12327-086
Latuna Federal Prison
P.O. Box 3000
Anthony, TX 88021